UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER COX** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-0101** |
| **JAMES LEBLANC, ET AL.** | **SECTION "B"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Walter Cox's Complaint is **DISMISSED** as frivolous pursuant to Title 28 U.S.C. § 1915e(2) and 42 U.S.C. § 1997(e)(1).

**IT IS FURTHER ORDERED** that Walter Cox's Motion to Amend the Complaint is **DENIED.**

New Orleans, Louisiana, this 3rd day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE